644

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v PATRICIO YUNGA, Defendant. [977 NYS2d 918]—

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Leventhal, Hall and Roman, JJ., concur.